## (November 26, 1962)

■ In the Matter of NATHANIEL I. STICH et al., Respondents-Appellants, v. ROBERT F. WAGNER et al., Appellants-Respondents.— Motion to add appeals to the November 1962 Calendar. Motion denied, without costs. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

## (November 27, 1962)

■ ELIZABETH W. MORRIS, Plaintiff, v. ERNEST B. MORRIS et al., Defendants. (Action No. 1.) ERNEST B. MORRIS, Plaintiff, v. ELIZABETH W. MORRIS et al., Defendants. (Action No. 2.) — The appeal from the order of the Supreme Court, Albany County, entered on November 14, 1962, is transferred to the Appellate Division, Second Department. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

## (November 30, 1962)

■ In the Matter of the Claim of MEYER GOLDEN, Appellant, v. FRANK ALLSTROM, Doing Business as AJAX TRANSPORTATION Co., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.